# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO EZIKE, ) | Case No. 4:08-cv-01867-SBA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER DENYING MOTION |
| v. ) | FOR ADMINISTRATIVE RELIEF |
| ) | ALLOWING ADMISSION PRO |
| LAKSHMI MITTAL, et al., ) | HAC VICE AND WAIVING FEE |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Peter C. Koch, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number are 100 W. Randolph Street, Floor 13, Chicago, IL 60601; (312) 814-6534, having moved pursuant to Local Civil Rule 7-11 for administrative relief allowing admission to practice in the Northern District of California on a *pro hac vice* basis in the above-entitled action on behalf of certain Illinois State defendants,

    IT IS HEREBY ORDERED that the motion is granted, subject to the terms and conditions of Civil L.R. 11-3(a)(1) & (2). All papers filed by the attorney must indicate appearance *pro hac vice*. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filings.

    IT IS HEREBY FURTHER ORDERED that a member of the bar of this Court need not serve as co-counsel for the purpose of the Illinois State defendants contesting personal jurisdiction and that Counsel may ap[pear without conte]sting personal jurisdiction of the Court over the Ill[inois State defendants, and] the usual application fee for appearing *pro hac vi[ce is waived.]*

Dated: 4/6/09

**DENIED**
Judge Saundra B. Armstrong